Court of Criminal Appeals
Austin, Texas

79,133-02

CASE: 05-10-00271-CR
Floyd Evans # 1628227

REg§11.07 WR-7913302

Request for Notice of Ruling

CCA Clerk:

Please be Advised that this is my second Request to your court pertaining to a Ruling/opinion on a writ of habeas corpus §11.07 filed 6/18/2014

The Court of Appeal 5th District, Affirmed the conviction on Feb 23 2011 Agg. Robbery And Writ §11.07 filed W09-56539 P(A), P(B), State response filed may 16 2014.

Since I have obtained New Appellate counsel, whom did not brief any Arguments in previous writs, Neither party is Aware or been given notice of any Ruling from the C.C.A. that could time bar any Federal writ §2254.

I would Appreciate your immediate Attention And Response on the issues enclosed And Await your expedited reply. If possible, mail a copy of the docket/filing sheet.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

Respectfully,

Floyd Evans

Floyd Evans
1628227
1697 Fm 980
Huntsville TX 77343

2-28-2015